IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW CAULFIELD,

    Plaintiff,

v.                                                                                      No. CV 16-0342 LAM/KBM

JESUS JOSE GOVEA and
NATIONAL UNITY INSURANCE COMPANY,
a foreign corporation doing business in the
State of New Mexico,

    Defendants.

## ORDER ON UNOPPOSED MOTION TO REMAND

**THIS MATTER** is before the Court on Plaintiff's unopposed Motion to Remand, this Court having reviewed the Motion and noting the concurrence of counsel, hereby dismisses this action in this Court and remands this matter to State Court.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**